**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EVANGELICA SANCHEZ AND SEVERINO SANCHEZ,**  *Plaintiffs*, | § § § § | |
| v. | § § | **CIVIL ACTION NO. 3:16-CV-00422-B** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND ANTONIO HOLMES,**  *Defendants*. | § § § § § § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notifies the Court as follows:

1) On December 9, 2016, Plaintiffs and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal with Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

 */s/ René M. Sigman*
René M. Sigman
**Attorney-in-Charge**
Texas Bar No. 24037492
rmsdocketefile@mostynlaw.com
**MOSTYN LAW**
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

*Of Counsel:*

J. Ryan Fowler
Texas Bar No. 24058357
ryan@mostynlaw.com
**MOSTYN LAW**
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

 */s/ Brian P. Lauten*
Brian P. Lauten
*L.R. 83.10 Local Counsel for Plaintiffs*
Texas Bar No. 24031603
DEANS & LYONS, LLP
Republic Center
325 North Saint Paul St., Ste. 1500
Dallas, Texas 75201
(214) 965-8500 (Office)
(214) 965-8505 (Facsimile)
E-mail: blauten@deanslyons.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 9th day of December, 2016, as follows:

 */s/ René M. Sigman*
René M. Sigman