UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EVANGELINA SANCHEZ AND SEVERINO SANCHEZ,<br><br>    Plaintiffs,<br><br>V.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND ANTONIO HOLMES,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:16-CV-00422-B<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Evangelina Sanchez and Severino Sanchez and Defendants Allstate Vehicle and Property Insurance Company and Antonio Holmes file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiffs and Defendants, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiffs no longer desire to prosecute this suit against Defendants. The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiffs and Defendants move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

Respectfully submitted,

*/s/ Rene M. Sigman\**
Rene M. Sigman        State Bar No. 24037492
THE MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, TX 77027
Telephone: (713) 861-6616
Telecopy:  (713) 861-8084
rmsdocketefile@mostynlaw.com

*\*signed with permission*

**ATTORNEY FOR PLAINTIFFS**

*/s/ Roger D. Higgins*
Roger D. Higgins       State Bar No. 09601500
Vanessa Rosa           State Bar No. 24081769
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:   (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure:

Rene M. Sigman
Mostyn Law Firm
3810 W. Alabama Street
Houston, TX 77027
rmsigman@mostynlaw.com

*/s/ Vanessa Rosa*
Vanessa Rosa